IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO REYNOSO | : | CIVIL ACTION |
| vs. | : | |
| CYNTHIA LINK, et al. | : | NO. 16-1721 |

# **O R D E R**

**AND NOW**, this 22nd day of June, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, it is **ORDERED** that:

1. The objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred.

4. There is **no** probable cause to issue a certificate of appealability.

5. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY, Sr. J.