```
                    PELO H. GARCIA, BV-6457
                          SCI-MAHANOY
                      301 GREY LINE DRIVE
                     FRACKVILLE, PA  17931

                           JUNE 10, 2023
```

GEORGE WYLESOL
CLERK OF COURT
2609 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

Re:  Reynoso v. Link, et al., 2:16-cv-01721
     Requesting status of habeas matter.

Dear Mr. Wylesol:

   This letter is a request for information concerning the current status of the habeas petition in the matter of: <u>Pedro Reynoso v. Cynthia Link</u>, et al., 2:16-cv-01721.

   I respectfully ask you to please write back and let me know if the Court has reached a decision in <u>Reynoso v. Link</u>.  If so, would you kindly forward me a copy of the Court's decision or let me know the cost for purchasing a copy.

   Moreover, Pedro Reynoso is my co-defendant.  Enclosed is a partial copy of the docket sheet on his case.  According to the last entry, there has been no decision reached.  If there is a decision, would you please let me know of the Court's decision (new trial, etc.) and the cost for purchasing a copy of same.

   Thank you for your consideration and assistance in this matter.  I await your appropriate response.

                                          Respectfully,
                                          *Pelo Garcia*
                                          Pelo H. Garcia

Enclosure:

| | | |
|---|---|---|
| | | (rf, ) (Entered: 07/06/2022) |
| 08/04/2022 | 74 | MOTION for Extension of Time to File Response/Reply filed by DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, DISTRICT ATTORNEY'S OFFICE, CYNTHIA LINK.Certificate of Service.Motions referred to LYNNE A. SITARSKI.(ERNST, KATHERINE) (Entered: 08/04/2022) |
| 08/04/2022 | 🔒 | (Court only) ***Motions terminated: 74 MOTION for Extension of Time to File Response/Reply filed by DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, CYNTHIA LINK, DISTRICT ATTORNEY'S OFFICE. (va) (Entered: 08/04/2022) |
| 08/04/2022 | 75 | ORDER GRANTING 74 MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE MEMORANDUM ADDRESSING BOTH OF PETITIONERS SUPPLEMENTAL MEMORANDA NO LATER THAN OCTOBER 3, 2022. SHOULD PETITIONER WISH TO FILE A REPLY TO THE RESPONDENTS RESPONSE, HIS REPLY SHALL BE FILED WITHIN THIRTY (30) DAYS AFTER SERVICE OF THE RESPONSE. SIGNED BY MAGISTRATE JUDGE LYNNE A. SITARSKI ON 8/4/22. 8/4/22 ENTERED AND COPIES E-MAILED.(va) (Entered: 08/04/2022) |
| 08/04/2022 | 76 | NOTICE of Withdrawal of Appearance by JOSHUA SCOTT GOLDWERT on behalf of DISTRICT ATTORNEY'S OFFICE, CYNTHIA LINK(GOLDWERT, JOSHUA) (Entered: 08/04/2022) |
| 08/04/2022 | 🔒 | (Court only) *** Attorney JOSHUA SCOTT GOLDWERT terminated. (va) (Entered: 08/05/2022) |
| 10/03/2022 | 77 | Response by DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, DISTRICT ATTORNEY'S OFFICE, CYNTHIA LINK. (ERNST, KATHERINE) (Entered: 10/03/2022) |
| 10/10/2022 | 78 | First MOTION for Extension of Time to File Response/Reply filed by PEDRO REYNOSO..Motions referred to LYNNE A. SITARSKI.(COOLEY, CRAIG) (Entered: 10/10/2022) |
| 10/11/2022 | 79 | ORDER THAT MOTION REQUESTING 90 DAYS TO FILE REPLY IS GRANTED. PETITIONER SHALL FILE A REPLY NO LATER THAN 1/3/23. SIGNED BY MAGISTRATE JUDGE LYNNE A. SITARSKI ON |

| | | |
|---|---|---|
| | | 10/11/22. 10/11/22 ENTERED AND COPIES E-MAILED. (rf, ) (Entered: 10/11/2022) |
| 10/11/2022 | 🔒 | (Court only) ***Motions terminated: 78 First MOTION for Extension of Time to File Response/Reply filed by PEDRO REYNOSO. (rf, ) (Entered: 10/11/2022) |
| 01/05/2023 | 80 | REPLY to Response to Motion re 78 First MOTION for Extension of Time to File Response/Reply filed by PEDRO REYNOSO. (COOLEY, CRAIG) (Entered: 01/05/2023) |
| 01/05/2023 | 81 | MOTION for Extension of Time to File Response/Reply *to DAO's Supplemental Answer* filed by PEDRO REYNOSO..Motions referred to LYNNE A. SITARSKI. (COOLEY, CRAIG) (Entered: 01/05/2023) |
| 01/09/2023 | 82 | ORDER granting 81 MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY RE 81 MOTION for Extension of Time to File Response/Reply *to DAO's Supplemental Answer*. PETITIONERS REPLY BRIE SHALL BE ACCEPTED AS TIMELY FILED. SIGNED BY MAGISTRATE JUDGE LYNNE A. SITARSKI ON 1/9/23.1/9/23 ENTERED AND COPIES E-MAILED.(rf, ) (Entered: 01/09/2023) |
| 03/14/2023 | | State Court Record on 3/14/2023, Sent to Judge Sitarski's Chambers.(rt) (Entered: 03/14/2023) |
| 03/14/2023 | | State Court Record on 3/14/2023, Received from Judge Diamond's Chambers. (rz) (Entered: 03/14/2023) |

RETURN ADDRESS:
MR. PELO H. GARCIA
NO. BV-6457
SCI-MAHANOY, 301 GREY LINE DRIVE
FRACKVILLE, PA  17931

FORWARD TO:  MR. GEORGE WYLESOL
CLERK OF COURT
2609 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

INMATE MAIL
PA DEPT OF
CORRECTIONS



quadient
FIRST-CLASS MAIL
IMI
$000.60
06/13/2023 ZIP 17932
043M31230995
US POSTAGE





RECEIVED
JUN 1 5 2023
BY:_____

1910681732 C019