PELO H. GARCIA, BV-6457
SCI-MAHANOY
301 GREY LINE DRIVE
FRACKVILLE, PA  17931

NOVEMBER 1, 2023

GEORGE WYLESOL
CLERK OF COURT
2609 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

Re: Request for information regarding status of
    Pedro Reynoso v. Cynthia Link, 2:16-cv-01721-PD

Dear Mr. Wylesol:

    This letter is a request for information concerning the current status of: Pedro Reynoso v. Cynthia Link, et al., 2:16-cv-01721-PD.

    Please be advised that Pedro Reynoso is my co-defendant. I need to know the status of his case because my case is also pending in federal court.

    I respectfully ask you to please write back and let me know the status of Reynoso v. Link, 16-cv-1721 upon receipt of this letter.

    Thank you for your consideration and assistance.

Respectfully,

Pelo Garcia
Pelo Garcia

cc:

RETURN ADDRESS:
MR. PELO H. GARCIA
NO. **BV-6457**
SCI-MAHANOY, 301 GREY LINE DRIVE
FRACKVILLE, PA 17931

FORWARD TO: MR. GEORGE WYLESOL
CLERK OF COURT
2609 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

RECEIVED NOV 09 2023 BY:_____

INMATE MAIL
PA DEPT OF
CORRECTIONS



quadient
FIRST-CLASS MAIL
IMI
$000.63
11/07/2023 ZIP 17932
043M31230995
US POSTAGE

U.S.M.S. X-RAY